UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NICHOLE FRIEND, et al.,

Plaintiffs,

v.

23ANDME HOLDING CO.,

Defendant.

Case No. 23-cv-05323-DMR

**SUA SPONTE JUDICIAL REFERRAL FOR PURPOSES OF DETERMINING RELATIONSHIP OF CASES**

On 10/18/2023, Plaintiff filed this action. Pursuant to Civil Local Rule 3-12(c), the court *sua sponte* refers this case to Judge Edward M. Chen to determine whether it is related to *Santana et al v. 23andMe, Inc.*, 23-cv-05147-EMC.

**IT IS SO ORDERED.**

Dated: November 20, 2023

_____

Donna M. Ryu
Chief Magistrate Judge

United States District Court
Northern District of California